IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:20-CR-00214-D

UNITED STATES OF AMERICA          :
                                  :
          v.                      :
                                  :
OSCAR EMMANUEL                    :
ROLDAN-SANTIAGO,                  :

## ORDER OF FORFEITURE

WHEREAS, pursuant to the entry of a Memorandum of Plea Agreement by the defendant on August 20, 2020, and the defendant's guilty plea to offenses in violation of 18 U.S.C. §§ 922(g)(5)(A) and 924 and 8 U.S.C. § 1326(a), the Court finds that the following property is hereby forfeitable pursuant to 18 U.S.C. § 924(d), to wit:

(a) A Smith and Wesson 45 caliber pistol, bearing serial number HYR8718, and any and all ammunition.

AND WHEREAS, by virtue of said Memorandum of Plea Agreement, the United States is now entitled to possession of said personal property, pursuant to Fed. R. Crim. P. 32.2(b)(3).

It is hereby ORDERED, ADJUDGED and DECREED:

1. That based upon the Memorandum of Plea Agreement, all of the Defendant's interest in the identified personal property listed herein are herewith forfeited to the United States for disposition according to law, including destruction.

1

2. That upon sentencing and issuance of the Judgment and Commitment Order, the Clerk of Court is DIRECTED to incorporate a reference to this Order of Forfeiture in the applicable section of the Judgment, as required by Fed. R. Crim. P. 32.2(b)(4)(B). In accordance with Fed. R. Crim. P. 32.2(b)(4)(A), this Order shall be final as to the defendant upon entry.

SO ORDERED, this 1 day of December, 2020.

JAMES C. DEVER III
United States District Judge

2

Case 5:20-cr-00214-D   Document 41   Filed 12/01/20   Page 2 of 2